No. 1018. CHARLES G. DADE, PETITIONER, v. THE UNITED STATES. April 7, 1913. Petition for a writ of certiorari to the Court of Appeals of the District of

Columbia denied. *Mr. Henry E. Davis* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Adkins* for the respondent.